# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.C. HOLIFIELD, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**BRIAN M. HYLANDER**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201500040**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 30 October 2014.
**Military Judge:** LtCol V.D. Danyluk, USMC.
**Convening Authority:** Commanding Officer, Marine Cryptologic Support Battalion, Fort George G. Meade, MD.
**Staff Judge Advocate's Recommendation:** Maj Troy H. Campbell, USMC.
**For Appellant:** Maj Jeffrey S. Stephens, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**21 May 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court